UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **JOSEPH R. VALVANO,** | : | Civil No. 15-6212 (CCC) |
| **Plaintiff(s),** | : | |
| v. | : | NOTICE OF CALL FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 4(m) |
| **CREDIT ONE BANK, N.A.,** | : | |
| **Defendant(s),** | : | |

PLEASE TAKE NOTICE, the above-captioned action will be dismissed on <u>December 28, 2015,</u> for failure to effect service of the summons and complaint within 120 days of the filing of the complaint, as to named defendant, unless you establish that proper service was effected within said 120 days, by filing proof of service with the Clerk of the Court before the return date of this notice. If proof of service is not filed before the return date, Plaintiff is required to provide sufficient reason through writing for good cause why this action should not be dismissed.

WILLIAM T. WALSH, CLERK

Date: December 16, 2015        by:   *Jacquie Lambiase*
                                    Jacquie Lambiase, Courtroom Deputy
                                    to the Hon. Claire C. Cecchi, U.S.D.J.

cc:  All parties