**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH R. VALVANO,<br><br>Plaintiff(s),<br><br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant(s). | Civil Action No: 15-6212 (CCC)<br><br>**ORDER DISMISSING CASE**<br>**Pursuant to F.R. Civ. P.4(m)** |

It appearing that the above captioned action having been pending for more than 120 days and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against all defendants.

**It is on this 29th day of DECEMBER 2015;**

**O R D E R E D** that the above captioned action be and is hereby dismissed, as to all defendant(s), pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

_____
**HON. CLAIRE C. CECCHI**
United States District Judge